UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON BELKNAP FARMER,<br><br>                    Plaintiff,<br><br>     v.<br><br>RHIAN WILKINSON,<br><br>                    Defendant. | NO:  2:15-CV-47-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal with Prejudice and without Costs, ECF No. 29.  Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal as requested. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 29**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to
2  counsel, and **close this case**.
3  **DATED** this 23rd day of December 2015.

4

5                                         *s/ Rosanna Malouf Peterson*
6                                ROSANNA MALOUF PETERSON
                              Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2